THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERIC M. GORDON, Appellant, v H. McCARTHY GIPSON, as Superintendent of Erie County Holding Center, Respondent, and ROBERT J. DENNISON, as Chairman of New York State Division of Parole, Respondent. [833 NYS2d 421]—Appeal from a judgment (denominated order) of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), entered February 24, 2005 in a habeas corpus proceeding. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Martoche, Smith, Lunn and Pine, JJ.